THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND W. BURTON, JR., Appellant. [830 NYS2d 524]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (DeRosa, J.), imposed October 6, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Ritter, Florio and Lifson, JJ., concur.